NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ROYAL J. O'BRIEN,**
*Appellant*

**v.**

**MICROSOFT CORPORATION,**
*Appellee*

---

2022-2140

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00015.

---

**JUDGMENT**

---

MARK L. LORBIECKI, Williams Kastner PLLC, Seattle, WA, argued for appellant.

JOSEPH A. MICALLEF, Sidley Austin LLP, Washington, DC, argued for appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 13, 2023
Date

Jarrett B. Perlow
Clerk of Court